Sylvester **GREENLAW**, Movant,

v.

**STATE of Missouri, Respondent.**

**No. 46870.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Jan. 17, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Denied
Feb. 17, 1984.

Application to Transfer Denied
March 20, 1984.

Jesse A. Goldner, New York City, for movant.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, George Peach, Circuit Atty., St. Louis, for respondent.

### ORDER

PER CURIAM.

Movant appeals the denial of his Rule 27.26 motion after an evidentiary hearing. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 84.16.